FILED
April 30, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
) Case No. MAG. 08-0145 DAD
Plaintiff, )
v. ) ORDER FOR RELEASE OF
) PERSON IN CUSTODY
WILLIE LEROY THOMAS, II, )
)
Defendant. )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release WILLIE LEROY THOMAS, II, Case No. MAG. 08-0145 DAD, Charge  Title 21 USC § 846; 841, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

_X_   Bail Posted in the Sum of $ _200,000 secured by parents property posted_

_X_   Unsecured Appearance Bond _$200,000 pending posting co-signed by parents_

___   Appearance Bond with 10% Deposit

___   Appearance Bond with Surety

___   Corporate Surety Bail Bond

_X_   (Other) _Pretrial Services Supervision of conditions. Defendant to be released by U.S. Marshal on May 6, 2008 at 8:30 a.m. to Pretrial Services for transport to The Effort._

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA  on  April 30, 2008  at  4:00 pm.

By _Dale A. Drozd_
Dale A. Drozd
United States Magistrate Judge