Kenneth L. Rosenfeld
SBN: 186060
THE ROSENFELD LAW FIRM
901 H Street, Suite 620
Sacramento, CA 95814
Telephone: (916) 447-2070
Facsimile: (916) 447-2097

Robert J. Saria
SBN: 128749
SARIA & SARIA
11344 Coloma Road, Suite 110
Gold River, CA 95670
Telephone: (916) 631-3553
Facsimile: (916) 631-3563

Attorneys for Defendant Willie Leroy Thomas II

UNITED STATES DISTICT COUT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      vs.<br><br>Willie Leroy Thomas II *et al.*,<br><br>             Defendant | Case No.: 08-cr-0212-LKK<br><br>STIPULATION AND ORDER |

Plaintiff, by its counsel, Assistant United States Attorney Mary Grad and the defendant Willie Thomas II, by his counsel, Robert J. Saria, hereby stipulate and agree that the current trial status conference should be vacated and that the following schedule should be ordered:

Trial Status Conference on October 21, 2008 at 9:15 am

The parties further agree that time should be excluded through October 21, 2008 pursuant to Local Rule of Court T-4 in order to allow the defendant time to prepare

Thomas Stipulation and Proposed Order - 1

for trial and to conduct discussions with the government regarding possible resolution.

                                    Respectfully submitted,
                                    MCGREGOR SCOTT
                                    United States Attorney

DATED:  September 22, 2008        /s/  Robert J. Saria
                                    Telephonically authorized to sign for
                                    Mary Grad
                                     Assistant U.S. Attorney

                                  Counsel for Plaintiff

DATED:  September 22, 2008        /s/  Robert J. Saria
                                  ROBERT J. SARIA

                                  Counsel for Willie Thomas II

**O R D E R**

    FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated:   September 22, 2008

                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT