```
 1
 2
 3
 4
 5
 6
 7                    IN THE UNITED STATES DISTRICT COURT
 8                   FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10   UNITED STATES OF AMERICA,     )
                                   )   CR. No. S-08-212-LKK
11              Plaintiff,         )
                                   )
12         v.                      )
                                   )   TIME EXCLUSION ORDER
13   WILLIE LEROY THOMAS,          )
                                   )
14              Defendant.         )
     _____)
15
16        Upon the request of the government and the defendant, the
17   Court continues the next status conference date from August 11,
18   2009 to September 15, 2009 at 9:15 a.m.  The defendant has
19   received a plea offer from the government.  The  continuance is
20   necessary for counsel adequately to review the plea offer and
21   conduct further investigation   Thus, the requested continuance
22   is for effective and diligent preparation in this case.
23   ///
24   ///
25   ///
26   ///
27   ///
28   ///
```

1   The Court finds that the failure to grant such a continuance
2 would deny the defendant reasonable time for effective and
3 diligent preparation and the interest of justice served by
4 granting this continuance outweigh the best interests of the
5 public and the defendant in a speedy trial.  18 U.S.C. § 3161
6 (h)(7)(A) and (h)(7)(B)(iv) (local code T-4) and time, therefore,
7 will be excluded from August 11, 2009 through September 15, 2009.

DATE: August 14, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2