Kenneth L. Rosenfeld
SBN: 186060
THE ROSENFELD LAW FIRM
1000 G Street, Suite 240
Sacramento, CA  95814
Telephone:  (916) 447-2070
Facsimile:  (916) 447-2097

Robert J. Saria
SBN: 128749
SARIA & SARIA
11344 Coloma Road, Suite 110
Gold River, CA  95670
Telephone: (916) 631-3553
Facsimile: (916) 631-3563

Attorneys for Defendant
 Willie Leroy Thomas II

UNITED STATES DISTICT COUT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 08-cr-0212-LKK |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER |
| WILLIE LEROY THOMAS II. | |
| Defendant. | |

Plaintiff, by its counsel, Assistant United States Attorney Mary Grad and the defendant Willie Thomas II, by his counsel, Kenneth L. Rosenfeld, hereby stipulate and agree that the current Change of Plea Hearing set for September 15, 2009 should be vacated and that the following schedule should be ordered:

Change of Plea Hearing on September 29, 2009 at 9:15 am

The parties further agree that time should be excluded through September 29, 2009 pursuant to Local Rule of Court T-4 and 18 U.S.C.§ 3161(h)(7)(B)(IV).  Attorney Robert Saria will be on vacation on the date presently set for defendant's entry of plea. Attorney Kenneth Rosenfeld is scheduled to commence trial on a multiple-strikes gang

case in state court on the date presently set for plea. Defendant will enter his plea on September 29, 2009, and no further continuances of this matter are contemplated.

                                               Respectfully submitted,
                                               LAWRENCE G. BROWN
                                               United States Attorney

DATED: September 09, 2009        /s/ Kenneth L. Rosenfeld
                                               Telephonically authorized to sign for
                                               Mary Grad
                                               Assistant U.S. Attorney

                                               Counsel for Plaintiff

DATED: September 09, 2009        /s/ Kenneth L. Rosenfeld
                                               KENNETH L. ROSENFELD

                                               Counsel for Willie Thomas II

## **O R D E R**

    FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated: September 11, 2009

                                               _____
                                               LAWRENCE K. KARLTON
                                               SENIOR JUDGE
                                               UNITED STATES DISTRICT COURT